In the Matter of the Application of the City of New York, Respondent, to Acquire Title to Queens Boulevard from Van Dam Street to Hillside Avenue, in the Borough of Queens.

Charles Simonson et al., as Executors of and Trustees under the Will of Frank De H. Simonson, Deceased, et al., Appellants.

In the Matter of the Application of the City of New York, Respondent, to Acquire Title to 62nd Avenue from Queens Boulevard to 94th Place, in the Borough of Queens.

Charles Simonson et al., as Executors of and Trustees under the Will of Frank De H. Simonson, Deceased, et al., Appellants.

Argued October 3, 1938; decided October 18, 1938.

*Raphael H. Weissman* and *Harry Hausknecht* for appellants.

*William C. Chanler, Corporation Counsel* (*Reuben Levy, Julius Isaacs* and *Lewis Orgel* of counsel), for respondent.

In each proceeding: Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.